IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM CHRISTOPHER,

    Plaintiff,

v.

Case No. 18-cv-1073-bbc

JIM SCHWOCHERT, DAI SECURITY
DIRECTOR, DAI PROPERTY
COMMITTEE, CATHY JESS,
LIZZIE TEGELS, PATRICK SMETANA,
C.O. KNUDSON, JODI DOUGHERTY
AND MELISSA B. ROBERTS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/24/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |